1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for Mr. Hernandez-Aguila

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ1081 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JOSE TRINIDAD HERANDEZ-AGUILA, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated:  April 10, 2008          /s/ *STEPHEN D. DEMIK*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Stephen_Demik@fd.org

1  **CERTIFICATE OF SERVICE**

2      Counsel for Defendant certifies that the foregoing is true and accurate to the best

3  information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4  upon:

5      Courtesy Copy to Chambers

6      Copy to Assistant U.S. Attorney via ECF NEF

7      Copy to Defendant

8

9  Dated: April 10, 2008   /s/ STEPHEN D. DEMIK
   Federal Defenders of San Diego, Inc.
10  225 Broadway, Suite 900
   San Diego, CA 92101-5030
11  (619) 234-8467 (tel)
   (619) 687-2666 (fax)
12  Stephen_Demik@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2