

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE TRINIDAD HERNANDEZ-AGUILA | CASE NUMBER: 08CR1418-JM |

I, <u>JOSE TRINIDAD HERNANDEZ-AGUILA</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6 May 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT
BY

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER